UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 1:08-CR-141-06 |
| | : |
| ANTHONY KNIGHT,<br>    Defendant | : |
| | : |
| | : |

*O R D E R*

AND NOW, this 9th day of January, 2017, upon consideration of Defendant's motion for release on bond (Doc. 314) pending the disposition of his motion under 28 U.S.C. § 2255 (Doc. 308), it is ORDERED that the motion is DENIED.  Our order (Doc. 313) staying the disposition of Defendant's § 2255 motion until such time as the Supreme Court of the United States issues a decision in Beckles v. United States, 616 F. App'x 415 (11th Cir. 2015) (per curiam), cert. granted, 136 S. Ct. 2510 (2016) (mem.), remains in effect.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge